NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASTRAZENECA AB,**

*Plaintiff-Appellee*

v.

**ZYDUS PHARMACEUTICALS (USA) INC.,**

*Defendant-Appellant*

---

2022-2167

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00664-RGA, Judge Richard G. Andrews.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      ASTRAZENECA AB v. ZYDUS PHARMACEUTICALS (USA) INC.


(2)  Each side shall bear their own costs.


                                        FOR THE COURT

November 29, 2022
        Date                            /s/ Peter R. Marksteiner
                                        Peter R. Marksteiner
                                        Clerk of Court


**ISSUED AS A MANDATE:** November 29, 2022